UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
:
JANE FREED,                                             :     06 cv 13721 (CLB)(LMS)
                                                        :     ECF Case
                        Plaintiff,                      :
        – against –                                     :     **MOTION FOR JUDGMENT**
                                                        :     **ON ADMINISTRATIVE**
FIRST UNUM LIFE INSURANCE COMPANY,                      :     **RECORD**
                                                        :
                        Defendant.                      :
                                                        :
------------------------------------------------------------------------ x

PLEASE TAKE NOTICE that, upon the annexed September 13, 2007 Stipulation Submitting Administrative Record, in which the parties jointly request that the Court render judgment on the stipulated Administrative Record; the Stipulated Administrative Record; and all prior papers and proceedings in this action, defendant, First Unum Life Insurance Company, will move this Court, at the Courthouse, 300 Quarropas Street, White Plains, NY, on October 26, 2007 at 10:00 a.m., or as soon thereafter as counsel can be heard, for an order: (a) confirming First Unum's administrative determination; (b) entering judgment in favor of First Unum on the administrative record; and (c) dismissing the complaint. Pursuant to the Court's September 13, 2007 Order, plaintiff's opposition papers, if any, must be served on or before October 9, 2007.

Date:   Bronxville, New York
        September 18, 2007

                                                BEGOS HORGAN & BROWN LLP


                                                By: S/ Patrick W. Begos
                                                    Patrick W. Begos (PB4372)
                                                Attorneys for Plaintiffs
                                                7 Pondfield Road
                                                Bronxville, New York 10708
                                                (914) 961-4441

TO: DeHAAN BUSSE, LLP
Attorneys for Plaintiff
300 Rabro Drive
Hauppauge, NY 11788

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JANE FREED,                                          : 06 cv 13721 (CLB)(LMS)
                                                     : ECF Case
                        Plaintiff,                   :
                                                     : **STIPULATION**
            – against –                              : **SUBMITTING**
                                                     : **ADMINISTRATIVE RECORD**
FIRST UNUM LIFE INSURANCE COMPANY,                   :
                                                     :
                        Defendant.                   :
                                                     :
-----------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, between undersigned counsel for both parties, that:

1. The administrative record in this action shall be limited to the following documents: FULCL 00001 through FULCL 00426; and FULCL-RSA-00001 through FULCL-RSA-00287.

2. The parties jointly request that the Court render judgment on the this stipulated administrative record.

Dated:   Bronxville, New York
         September 13, 2007

BEGOS HORGAN & BROWN LLP                DeHAAN, BUSSE, LLP

By: /s/ Patrick W. Begos                By: /s/ Stephane M. Montas
    Patrick W. Begos (PB4372)               Stephane M. Montas (SM4859)
Attorneys for Defendant                 Attorneys for Plaintiff
7 Pondfield Road                        300 Rabro Drive
Bronxville, NY 10708-0369               Hauppauge, NY 11788
(914) 961-4441                          (631) 582-1200
pwb@begoshorgan.com                     smontas@dehaanbusse.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JANE FREED,

                        Plaintiff,

    – against –

FIRST UNUM LIFE INSURANCE COMPANY,

                       Defendant.

------------------------------------------------------------------------ x

06 cv 13721 (CLB)(LMS)
ECF Case


## ADMINISTRATIVE RECORD

### Part 1 of 2

**FULCL-00001 through FULCL-00426**

**FILED IN HARD COPY PURSUANT TO SECTION 5 OF THE COURT'S PROCEDURES FOR ELECTRONIC CASE FILING**

BEGOS HORGAN & BROWN LLP
Attorneys for Defendant
7 Pondfield Road
Bronxville, NY 10708
(914) 961-4441

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | | |
|---|---|---|
| JANE FREED, | : | 06 cv 13721 (CLB)(LMS) |
| | : | ECF Case |
| Plaintiff, | : | |
| – against – | : | |
| | : | |
| FIRST UNUM LIFE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------------------ x


## ADMINISTRATIVE RECORD

### Part 2 of 2

**FULCL-RSA-00001 through FULCL-RSA-00287**


**FILED IN HARD COPY PURSUANT TO SECTION 5 OF THE COURT'S PROCEDURES FOR ELECTRONIC CASE FILING**




BEGOS HORGAN & BROWN LLP
Attorneys for Defendant
7 Pondfield Road
Bronxville, NY 10708
(914) 961-4441